*Martha Griffin, et al., v. National Public Radio, Inc. (NPR)*

**NPR's Motion to Terminate and/or Vacate the March 28, 1978 Consent Order**
**List of Exhibits**

1. Settlement and General Release and Order Approving Settlement

2. Affidavit of DeNise Johnson, with attachment

3. Portions of Affirmative Action Plans for Fiscal Year 2005

4. Recruitment and Hiring Policy

5. EEO Policy

6. Justification Form

7. Position Description for Human Resources (Staffing) Associate

8. Affidavit of Kathleen Jackson, with attachment

9. Internal Dispute Resolution Procedure

10. Article 2, Collective Bargaining Agreement, between NPR and American Federation of Television and Radio Artists Washington-Baltimore Local (AFTRA)

11. Affidavit of Walterene Swanston, with attachment

12. Affidavit of Cheryl Hampton, with attachment