UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTHA GRIFFIN and
WILLIAM GREEN,

Individually and on behalf of all
persons similarly situated,

        Plaintiffs,

v.

NATIONAL PUBLIC RADIO,

        Defendant.

Civil Action No.
76-0229

LLOYD G. MORRISON,

Individually and on behalf of all
persons similarly situated,

        Plaintiff,

v.

NATIONAL PUBLIC RADIO,

        Defendant.

Civil Action No.
76-0744

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

SETTLEMENT AGREEMENT AND GENERAL RELEASE, executed this 17th day of January, 1978 by and between National Public Radio (hereinafter referred to as "NPR") and the plaintiffs in the above-captioned case, as individuals and as representatives of the class conditionally certified in this action (hereinafter referred to as "plaintiffs").

    A. Plaintiffs Martha Griffin, William Green and Lloyd Morrison have filed complaints against NPR with the Equal Employment Opportunity Commission and the District of Columbia Office of Human Rights.

    B. Plaintiffs Martha Griffin, William Green and Lloyd Morrison as individuals and on behalf of others similarly situated

Exhibit 1

have filed the above-captioned suits against NPR in the United States District Court of the District of Columbia.

C. Plaintiffs and NPR desire to settle all differences between them.

In consideration of the covenants and mutual promises contained herein, it is agreed as follows:

1. The complaint shall be dismissed with prejudice to the complaints of the individual plaintiffs, without prejudice to the complaint of the class.

2. This Agreement is not, and shall not be construed as, an admission by NPR of any allegations of discrimination made by the plaintiffs. NPR specifically disclaims and denies any and all allegations of discrimination made by the plaintiffs.

3. The following policies have been agreed upon and will be, if they are not now, incorporated in NPR's Manual of Policies and Procedures:

(a) The affirmative action plan adopted by NPR in 1975 will continue in full force and effect.

(b) the posting period for notices of job vacancies will be extended from 10 to 15 working days.

(c) Job vacancies will continue to be announced publicly, through advertisements, talent banks, etc., at the same time as they are announced internally.

(d) No preference will be accorded an individual merely because he or she already works for NPR or a member station.

(e) No education or prior experience requirement that is not essential to the position to be filled will be utilized. To effecutate this policy, the personnel manager will review each position with the hiring officer for that position

to determine the minimum education and/or experience absolutely essential to satisfactory performance of the job.

4. The individual plaintiffs will receive the following

(a) Martha Griffin will be provided with the letter of reference that has been agreed upon by the parties.

(b) William Green will be provided with the letter of reference offered him in February 1976.

(c) Lloyd Morrison, upon supplying NPR with a current resume and other required application materials will be considered for further openings in reporting and/or production positions until he indicates that he is not interested in being considered for such positions.

(d) Plaintiffs will receive from NPR the sum of TEN THOUSAND DOLLARS ($10,000) to be divided among themselves and their attorneys as they see fit.

5. The plaintiffs undertake the following:

(a) They agree to withdraw with prejudice all complaints heretofore filed against NPR with the Equal Employment Opportunity Commission and the District of Columbia Office of Human Rights. To this end, each agrees to send a letter stating the following to each agency with which a complaint had been filed:

> I wish to withdraw the complaint I have filed against National Public Radio in [Docket Number of Case]. All differences between myself and National Public Radio have been resolved.

A copy of said letter shall be sent to National Public Radio. In the event that each plaintiff does not receive an acknowledgment of withdrawal from the agency or organization within a reasonable period of time, plaintiffs agree to repeat the request by letter and by phone until the complaint is withdrawn. Plaintiffs represent that they have filed no other complaints or charges with any organization or governmental agency. Plaintiffs further

agree not to file additional complaints against National Public Radio with any agencies or organizations based on or arising out of events or actions occurring prior to the date of execution of this Agreement.

(b) Plaintiffs and their attorneys agree not to undertake or seek to publicize the allegations, complaints or charges made by them or this settlement, its terms or conditions, except as is necessary to comply with any order of the United States District Court.

(c) Plaintiffs, their successors and assigns, release and forever discharge NPR, its agents, servants, successors, and each of them of any and all claims, actions, causes of action, rights, demands, debts, damages or accountings of whatever nature, whether known or unknown, from the beginning of time to the date hereof.

6. This agreement shall not become effective unless and until all elements of this settlement agreement are approved by the United States District Court for the District of Columbia.

IN WITNESS WHEREOF the parties hereto have executed this Agreement this 17th day of January, 1978.

_____         _____
NATIONAL PUBLIC RADIO              MARTHA GRIFFIN

By: _____         _____
ERNEST T. SANCHEZ                  WILLIAM GREEN
General Counsel

                                   _____
                                   LLOYD MORRISON

Waddy, J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTHA GRIFFIN and )
WILLIAM GREEN, )
)
Individually and on behalf of all )
persons similarly situated, )
)
              Plaintiffs, )
) Civil Action No.
    v. ) 76-0229 — file
)
NATIONAL PUBLIC RADIO, )
)
             Defendants. )   FILED
LLOYD G. MORRISON, )
)   MAR 28 1978
Individually and on behalf of all )
persons similarly situated, )   JAMES F. DAVEY, Clerk
)
             Plaintiff, )
)
    v. ) Civil Action No.
) 76-0744
NATIONAL PUBLIC RADIO, )
)
             Defendant. )

ORDER

    A Joint Motion to Dismiss and to Approve Settlement having been made by the parties in the above-captioned case, and it appearing to this Court that the Settlement Agreement is fair, adequate and proper,

    IT IS ORDERED that:

    1. The complaints in the above-captioned cases are dismissed with prejudice to the claims of the individual plaintiffs, and without prejudice to the claims of the class.

    2. The Settlement Agreement and General Release is approved.

                                                   /s/ Waddy
                                             UNITED STATES DISTRICT JUDGE

Dated: March 28, 1978

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTHA GRIFFIN and )
WILLIAM GREEN, )
)
Individually and on behalf of all )
persons similarly situated, )
)
                Plaintiffs, )
) Civil Action No.
v. ) 76-0229
)
NATIONAL PUBLIC RADIO, )
)
                Defendants. ) FILED
LLOYD G. MORRISON, )
) MAR 28 1978
Individually and on behalf of all )
persons similarly situated, ) JAMES F. DAVEY, Clerk
)
                Plaintiff, )
) Civil Action No.
v. ) 76-0744
)
NATIONAL PUBLIC RADIO, )
)
                Defendant. )

ORDER

    A Joint Motion to Dismiss and to Approve Settlement having been made by the parties in the above-captioned case, and it appearing to this Court that the Settlement Agreement is fair, adequate and proper,

    IT IS ORDERED that:

    1. The complaints in the above-captioned cases are dismissed with prejudice to the claims of the individual plaintiffs, and without prejudice to the claims of the class.

    2. The Settlement Agreement and General Release is approved.

                                                                     /s/ Waddy
                                                                    UNITED STATES DISTRICT JUDGE

Dated: March 28, 1978