UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *Martha Griffin, et al.,* | \* |
| *Plaintiffs,* | \* |
| v. | \*   Civil Action No.: 76 – 0229 |
| *National Public Radio, Inc.* | \* |
| *Defendant.* | \* |

### AFFIDAVIT OF DeNISE JOHNSON

I, DeNise Johnson, under penalty of perjury, hereby state the following in support of National Public Radio, Inc.'s ("NPR") Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree:

1. I am African American and over the age of 18. I am competent to provide this affidavit.

2. I was hired by NPR in November 1976 as the Personnel Recruiter and was responsible for working with management to formulate job announcements and accompanying paperwork. In November 1977, I became the Manager of Recruiting and took on the additional responsibility for coordination and implementation of NPR's intern program and supervising clerical staff.

3. In March 1978, the Consent Decree was entered by this Court. Upon being made aware of the Decree's requirements, I was required to comply with all directives of the Decree in recruiting, drafting of position postings, posting of vacancies, and hiring.

DC1 30159426.1

*Exhibit 2*

4. In June 1981 I became the Assistant Personnel Manager and became involved in all aspects of human resources such as benefits administration and policy implementation. I continued to have responsibility for compliance with the 1978 Consent Decree and with all aspects of the recruiting process.

5. In November 1981 I became the Personnel Manager and continued to be involved in all aspects of human resources, and had the added duty of supervising additional staff members.

6. In January 1984 I became the Director of Personnel, and remained responsible for general oversight of recruiting practices and compliance with the 1978 Consent Decree.

7. In March 1994 I became the Director of Human Resources and in September 1998 I was promoted to the position of Director of Employee Relations. In July 2002, I became the Director of Employee Relations and Staffing. My current position description is attached.

8. I am currently the Director of Employee Relations and Staffing and have responsibility for overseeing NPR's recruiting practices and for compliance with the 1978 Consent Decree.

9. Since March 1978, NPR has had a policy consistent with the 1978 Consent Decree's directive to post vacancies for 15 days except as noted below. Often, jobs are posted for more than 15 days.

10. Certain jobs within a job family or "unit" ("Career-Ladder") are not posted externally. This is done so that some internal promotions can be given to employees. When a

Career Ladder vacancy becomes available, the lower level vacated position is posted externally. These career-ladder positions have primarily existed within news and programming.

11. NPR has had an affirmative action plan (AAP) since 1975. The AAP has been updated on a regular basis and is approved by the Board of Directors for NPR.

12. Since March 1978, NPR has also ensured that talent banks receive notice of each vacancy and a copy of the posting is mailed when the position is announced internally.

13. These talent banks include various minority organizations in an effort to recruit minority candidates. The list of talent banks has changed over the years and currently includes the Department of Employment Services electronic job board, Career Builders and Craig's List.

14. NPR also has a weekly publication titled "Employment Opportunities" which is available in hard copy at NPR and is also sent to all of the talent banks included on NPR's list.

15. NPR has implemented a process that requires each supervisor to provide a written justification for their hiring decisions. The justification form requires managers to identify how the individual selected for the position meets the requirements of the position and why the individual is more qualified than each of the other candidates who were interviewed for the position.

16. When managers reclassify a position, or an individual is eligible for a pay increase, they are also required to fill out a justification form for the reclassification or pay increase.

17. Managers are further required to obtain approval for each new position created as well as to update a position description.

18. NPR has hired Staffing Associates who are responsible for drafting and reviewing position postings in compliance with the terms of the 1978 Consent Decree.

19. Whenever a new position is created, a Staffing Associate is required to meet with the hiring manager to identify the essential requirements for the position. If the position does not require special licensing or an educational degree, NPR uses the term "education or equivalent experience" in the job description or posting in recognition of the fact that education may not be essential to many positions.

20. Staffing Associates seek input from the managers to determine if any of the essential requirements need to be changed each time a position is posted.

21. The Staffing Associate is also responsible for tracking the hiring process, from posting the vacancy, through the interview process, and ensuring that new hire paperwork is properly completed.

22. In the late 1980s, NPR hired a Special Assistant for Affirmative Action to ensure that NPR remains focused on maintaining a diverse workforce. That position has evolved since then and NPR now has a Director of Diversity Management, in addition to the Vice President for Human Resources, to address issues relating to maintaining a diverse workforce.

23. NPR is also dedicated to maintaining relationships with national minority media associations in an effort to identify minority candidates and to ensure a diverse pool of applicants.

24. NPR conducts an internship program geared towards training women and minority applicants in radio broadcasting, and has a program titled The Next Generation Radio Project which is specifically targeted for NPR representatives to attend conferences held by minority radio groups to seek out new talent and to conduct training workshops to pique the interest of minority journalists.

25. Each supervisor is specifically trained on hiring and interviewing techniques as part of their supervisor orientation program.

26. NPR has a training department devoted to training personnel on topics such as anti-discrimination laws, hiring, promotions, performance management, terminations, reorganizations, etc.

27. From 1996 to the present, NPR has continued to substantially comply with the requirements of the 1978 Consent Decree.

Dated: February 02, 2006          DeNise Johnson

## ACKNOWLEDGMENT

STATE OF Washington, DC, CITY/COUNTY OF _____, TO WIT:

I HEREBY CERTIFY that on this 2nd day of February 2006, before me, the undersigned Notary Public of the aforesaid State, personally appeared DeNise Johnson, and that she executed the foregoing affidavit for the purposes contained therein.
    IN WITNESS MY Hand and Notarial Seal.
                                                                (SEAL)
                                         NOTARY PUBLIC

My Commission Expires:

Ethyl L. Tiller
Notary Public, District of Columbia
My Commission Expires 4-14-2009

**npr**

**Position Description Form**

*DeNise Johnson*

| General Information | | Date: | 6/24/05 |
|---|---|---|---|
| Position Title: Director, Employee Relations and Staffing | Job Number: 952 | | |
| Department: Employee Relations and Staffing | Position Job Code: 1C | | |
| Division: Human Resources | Union: ☐ Yes | | |
| Classification: Exempt | ☒ No | | |
| Salary Range: | Salary Level: C | | |

**General Purpose:**
Develops and oversees NPR's labor relations, employee relations and staffing policies, programs and procedures. Directs the operations and activities of assigned staff.

**Supervision Received:**
Works under general direction of the Vice President for Human Resources

**Supervision Exercised:**
Directly supervises two Human Resource Associates and one Labor & Employee Relations Manager. Serves as acting VP, HR in his/her absence.

**Essential Duties and Responsibilities:**
1. Oversees and conducts investigations of complaints and preparation of responses, including coordination with attorneys who may represent NPR.

2. Provides support for NPR union negotiating teams; interprets and enforces bargaining unit contracts.

3. Develops and implements policies and procedures to ensure compliance with management directives and state and federal regulations, such as NPR's Affirmative Action planning and reporting process; NPR's Employee Handbook and Management Administration Manual updates; and Workers' Compensation and FMLA program compliance and tracking.

4. Oversees full staffing services including recruitment, selection and placement of high caliber candidates for open NPR positions. Develops proactive strategies for working with managers and staff inside the company and initiating and maintaining relationships with potential applicants.

5. Counsels employees to facilitate resolution of personnel and affirmative action matters and positive employee relations; provides managers and employees with interpretation of human resources policies and programs, as well as related local, state, and federal laws, regulations, policies and trends that improve personnel practices; participates in providing effective orientation and training programs for all employees including supervisory training; make optimum contribution to employee morale through effective communication and personal contacts. Provides termination counseling.

6. Hires, evaluates and trains staff.

**Minimum Qualifications:**
Education: Bachelor's degree or equivalent experience.

**Minimum Knowledge, Skills and Abilities:**

1. Knowledge of and experience in application of employment and labor law in union and non-union environments. Effective counseling, interpersonal, and conflict resolution skills, excellent speaking, writing, analytical and problem solving skills; ability to work and facilitate in a team environment to achieve desired results.

2. Minimum five years management experience in the field of personnel administration, including all areas of human resources. Experience must include ability to be a hands-on manager utilizing a   , including knowledge of computerized personnel records and proficiency with MicroSoft Office suite particularly Excel and/or Access.

**Tools and Equipment Used In This Position:**
Incumbent will be required to use standard office equipment such as a telephone, personal computer, copier, fax machine and calculator. Incumbent will be required to use industry-standard business software applications, and NPR-specific custom applications in the course of their daily responsibilities.

**Physical Demands:**
*(The physical demands described below are representative of those that must be met by an employee to successfully perform the essential functions of the job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential function).*
Physical demands are typical of those required at an office management level position.
Some travel required.

**Work Environment:**
*(The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential functions).*

NPR is a high-stress, broadcast production environment. The incumbent must have the ability to accept the skeptical nature of those who work in public radio, demonstrating at all time respect for the diverse constituencies at NPR and within the public radio system. NPR is a non-smoking work environment and does not tolerate the use of illegal substances

**NOTICE**

The duties listed above are intended only as illustrations of various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

The position description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the position change.