CONFIDENTIAL



# FISCAL YEAR 2005

# AFFIRMATIVE ACTION PROGRAM

**Minority and Women Employees and Applicants**

National Public Radio Inc.

635 Massachusetts Avenue, N.W.

Washington, D.C. 20001

EFFECTIVE: October 1, 2004 – September 30, 2005

Revised and Updated Annually

*October 14, 2004*

Approved by: *[signature]*
Kathleen D. Jackson
Vice President, Human Resources

Exhibit 3

**npr** Fiscal Year 2005 Affirmative Action Program

## I. Introduction

Listeners across America have tuned to National Public Radio member stations for more than thirty years to hear news and cultural programming unlike anything else on the air. **Approximately** 22 million people listen each week to radio that sounds fresh and acknowledges the diversity of American interests and cultures. (Arbitron, Spring 2004). The NPR website provides another avenue for millions to access NPR member and program information.

NPR's mission calls for a workforce that reflects the full diversity of America. Our leadership role charges us to be a model for our stations, the diverse public we seek to serve, and for the broadcasting industry which is a central element in modern American democracy.

Diversity in the workforce is important to NPR's ability to provide diversity in its programming and services. Financial contributors -- foundations and corporations which contribute directly to NPR, and Congress and legislatures which contribute indirectly through member stations -- require a commitment to diversity as a condition for support. Moreover, a diverse workforce gives NPR and its services credibility in a multi-cultural marketplace.

This Affirmative Action Program represents a renewed commitment to the spirit and intent of equal employment and advancement opportunity at NPR in the context of a fair workplace for all employees and applicants. The Board of Directors and the President of NPR, by their approval of this plan, have reaffirmed the Company's commitment to equal opportunity and affirmative action.

## II. Principal Objectives of Plan

NPR has 7 principal Affirmative Action objectives for the period October 1, 2004 through September 30, 2005. The success of the AAP is measured by the degree to which these objectives are reached. They are:

1. Make progress toward achieving and maintaining a workforce reflective of the diversity in American society.

2. Reduce under utilization of women or minorities in historically segregated job groups in which they are significantly under represented.

3. Implement measures to help assure a work environment that is hospitable to all employees and free of harassment and any other adverse treatment based on gender, race, or any other factor protected by law.

**npr** **Fiscal Year 2005 Affirmative Action Program**

4. Monitor compensation practices in order to assure that all persons performing similar jobs are paid equitably without regard to race, gender or national origin.

5. Ensure that workshops and seminars, which include management and affirmative action topics, are offered within NPR for eligible supervisory employees.

6. As a complement to sound and equitable recruiting practices, create an environment that fosters growth and opportunity from within with an objective of increased retention of qualified minorities and women.

7. Set goals and accountability measures for all managers in order to provide incentives to achieve increasing levels of excellence.

## III. Purpose of the Affirmative Action Program

NPR has prepared this Affirmative Action Program as a reaffirmation of its commitment to equal employment opportunity and affirmative action. In the preparation of this plan, the terminology used in Executive Order 11246 and its implementing regulations has been used as a guide. Therefore, included data should not be construed as an admission that in fact either minorities or women have been or are presently being underutilized, concentrated or discriminated against in any way in violation of federal, state or local fair employment practice laws. Further, nothing contained in this plan or its supporting data should be construed as an admission by NPR that it has contravened any such federal, state, or local employment practice laws.

## IV. EEO and Nondiscrimination Policy

In developing and implementing this plan, NPR has been guided by its established policy of providing equal employment opportunity. Any goals that are established herein are not intended as rigid, inflexible quotas that must be met, but rather as targets reasonably attainable by applying every good faith effort in implementing this plan. The use of goals in this plan is not intended to discriminate against any individual or group of individuals with respect to any employment opportunity for which they are qualified on the grounds that they are not the beneficiaries of affirmative action themselves. Nothing herein is intended to sanction the discriminatory treatment of any person. Thus, this plan has been developed in strict reliance upon the Guidelines on Affirmative Action issued by the Equal Employment Opportunity Commission (EEOC) (29 C.F.R. Part 1608).

## V. Confidential Commercial Information

The material set forth in Sections XII, XIII, XIV, and XV of this plan is considered confidential commercial and financial data, the public disclosure of which could cause substantial competitive harm to NPR. The confidential section of the plan contains self-critical analyses, required by government regulations, and is therefore privileged as a critical self-evaluative document and is protected from discovery or use in other contexts. The non-confidential sections of the Affirmative Action Program may be made available to an employee upon request to the Vice President, Human Resources.

**Accordingly, we request that the company be notified in writing by any agency prior to disclosure of any request for information pertaining to all or any part of this plan, and given an opportunity to present its objections to disclosure.** All requests for information should be directed to: Kathleen D. Jackson, NPR EEO Officer, Vice President for Human Resources, 635 Massachusetts Avenue, Washington, DC 20001.

This affirmative action program is not intended to create any rights in any person or entity.

## VI. Responsibility for Implementation

Kevin Klose, President and Chief Executive Officer of NPR, has overall responsibility for implementation of the EEO policies. Kathleen D. Jackson, Vice President for Human Resources, has been appointed EEO Officer and has the primary management responsibility for ensuring full compliance with the provisions of Executive Order 11246 and its implementing regulations.

On a day-to-day basis, the administration and implementation of NPR's AAP and EEO policies is the responsibility of each hiring manager and division head.

**AA/EEO Officer** responsibilities include the following:

1. Developing policies, policy statements and affirmative action programs. Ensuring these items are communicated internally and externally.

2. Measuring and reporting the effectiveness of all policies and procedures. Where necessary, identifying problem areas and taking corrective action.

3. Monitoring the implementation of the AAP throughout NPR.

4. Reviewing the efforts of the hiring manager to ensure a diverse pool of qualified applicants in filling each vacancy and making a determination whether the pool is sufficiently diverse,

**NPR Fiscal Year 2005 Affirmative Action Program**

---

or, if not, that the hiring manager has made sufficient good faith efforts to achieve such a pool.

5. Extending or re-opening job closing dates and holding open any positions until appropriately diverse pools of candidates are obtained.

6. Ensuring compliance by NPR with the various equal employment opportunity laws, rules and regulations that apply to NPR, including Title VII of the Civil Rights Act of 1964 and the District of Columbia anti-discrimination laws.

7. Ensuring that EEO complaints are handled effectively and in a timely manner, and where applicable, utilizing the Employment Dispute Resolution Policy.

8. Conducting reviews of formal EEO complaints in consultation with the General Counsel. The AA/EEO Officer may appoint non-management counselors, including sexual harassment counselors, who may handle informal complaints under the supervision of the AA/EEO Officer.

9. Keeping the President, General Counsel and the Board of Directors informed of AA/EEO issues.

### Managers and Supervisors

Managers and Supervisors are responsible for carrying out and supporting the efforts of the AA/EEO Officer and for adhering to AA/EEO policies and procedures. It is their responsibility to ensure that their staff is informed of, understand and carry out all of the policies and procedures.

The responsibilities of the managers and supervisors include:

1. Establishing procedures to ensure that all hiring managers within their area of responsibility clearly understand AA/EEO requirements.

2. Monitoring personnel activities including hiring, promotion, status change, and others to identify areas that may require corrective action to meet AAP goals and objectives, and to ensure that minorities and women are given fair and equal opportunity.

3. Providing training, career counseling and mentoring fairly to all employees within their areas to ensure every employee is given full opportunity for promotion and transfer.

4. Establishing an environment that is intolerant of harassment of employees because of their race, color, religion, gender, age, disability, sexual preference, national origin, or other factors protected by law.

5. Periodically confirming that NPR's mission statement, priorities and AA/EEO policies are visibly displayed within their division and to ensure affirmation of these policies by periodic discussion at staff meetings.

---

October 1, 2004 – September 30, 2005

**npr**<sup>SM</sup> **Fiscal Year 2005 Affirmative Action Program**

## VII. Development and Execution of Proactive Programs

NPR will continue to develop and implement programs to maximize its ability to reach its AA/EEO goals and objectives. Some of the proactive steps to be continued or implemented are:

1. Increase utilization of minorities and/or women in the specific job groups where they are underutilized.

2. Apply supervisory accountabilities regarding the equality of opportunities for women and minorities consistent with NPR's Mission, Principles, Strategies, and Vision. Link results to compensation.

3. Conduct an annual review of NPR's merit pay system guidelines to ensure fair administration of pay.

4. Offer workshops for new managers on setting and maintaining performance standards and objectives, as well as, legal implications.

5. Provide internship information to universities with significant minority and women populations, and attend career fairs and/or conduct on-campus interviews at several universities nationwide with high levels of minority students in order to attract a more diverse pool of qualified intern applicants. This in turn assists in selecting a diverse team of interns.

6. Sponsor a career fair for students at local universities, in particular those with high minority and/or female student populations in order to: provide students with an opportunity to learn more about careers at NPR and in public radio; and encourage students to apply for internships and future open, regular positions at NPR.

7. Attend minority journalism conferences both for current professionals and students wishing to enter the field in order to showcase opportunities available at NPR and provide us with a pool of applicants for both currently open and future positions.

8. Offer travel scholarships for Native American and Hispanic students selected for internships. The scholarship covers travel between the intern's home and Washington, D.C.; cost of a double, air conditioned room at a local university during internship period; and a starter Metro fare card.

9. Monitor all personnel activities to ensure equal opportunity is afforded to minorities and women.

10. Promote and encourage minorities and women to participate in training programs and activities, internal as well as external, to ensure they are competitive in the workforce and prepared for advancement opportunities as they become available.

11. Continue to expand diversity advertising through Journalismjobs.com and Careerbuilders.com these online websites provide another tool to foster a diverse workplace through partnerships with some of the most popular diversity online communities.