## 2. Recruitment and Hiring

### Employment Categories

Employment at NPR falls into one of the following categories:
- Full-time regular;
- Part-time regular;
- Fixed-term/Temporary/Project personnel;
- Interns;
- Volunteers; and
- Independent Contractors/Consultants

### Full-time Employees

Full-time employees are hired for a specific position and must successfully complete an initial probationary period. Employees in this category work a minimum 40-hour week on an annual basis of 52 weeks per year (2080 hours) and are entitled to participate in all NPR benefits after meeting eligibility requirements.

### Part-time Employees

Part-time employees are hired for a specific position and must successfully complete an initial probationary period. These employees work less than a 40-hour week on an annual basis of 52 weeks per year, and are entitled to participate in NPR benefits, after meeting eligibility requirements, as follows:

**1-19 hours per week:** Sick and annual-leave benefits calculated quarterly based on hours worked; bereavement leave; and foreign-war-risk coverage.

**20-29 hours per week:** Half of annual and sick-leave benefits provided to full-time employees; bereavement leave; pension; and foreign-war-risk coverage. Employees who share a single full-time position with each working 20 hours per week are entitled to receive cash payment in lieu of benefits. *(See Special Scheduling Arrangements)*

**30-39 hours per week:** Full annual and sick-leave benefits; bereavement and personal leave; pension; insurance coverage for health, dental, life, long-term disability, accidental death and dismemberment; business travel; and foreign-war-risk coverage.

### Temporary (Fixed-Term)/Project Personnel

Personnel in this category are appointed for a specified period to perform certain duties, often on a project or grant basis. Human Resources has final authority to hire temporaries to fill in for employees on leave, when short-term operational demands dictate or when extraordinary circumstances prevent employees from performing necessary duties. Temporary and project personnel are hired pursuant to an Employee Action Form (EAF).

Temporary personnel are entitled to the following benefits if the appointment calls for a minimum of 30 hours per week for at least three (3) months:
- Sick, annual, personal and bereavement leave
- Health and dental insurance
- Vision care
- Life and accidental death & dismemberment insurance
- Long-term disability insurance
- Business travel insurance and foreign-war-risk coverage

### Interns

Various divisions have established student and non-student intern programs. The purpose of intern programs is to provide the intern with hands-on educational experience and training in a specific area. Frequently, these programs are part of a formal internship program offered by a college or university. Students participating in college- or university-affiliated programs often receive scholastic credit for the time spent working at NPR. All internships should be established and coordinated with the participation of Human Resources. Interns are not eligible for NPR benefits.

### Volunteers

NPR, like many other not-for-profit organizations, is fortunate to frequently have the assistance of volunteers. Volunteers provide services to NPR without any expectation of compensation, and they are not eligible for NPR benefits.

### Consultants/Independent Contractors

NPR works with consultants and contractors on an as-needed basis. Consultants and contractors may be hired for as little as a few hours a day, for several months, or for more than a year (e.g., computer consultants, general contractors on construction projects). The Chief Operating Officer has final authority to hire consultants/contractors to provide special skills or services or when extraordinary circumstances prevent employees from performing certain duties. The procedures that must be followed prior to engaging a consultant or contractor are described in NPR's "Procurement Procedures."

### Collective Bargaining Agreement(s) and Work Rules

Certain employees at NPR are also covered by the provisions of collective-bargaining agreement(s) or work rules. Any employee covered by such agreements or rules will be given notification of coverage at the time employment begins.

Each employee covered by work rules or a collective-bargaining agreement is responsible for reviewing the relevant document and addressing any questions to his or her representative, manager/supervisor and/or Human Resources.

Except when work rules or a collective-bargaining agreement specifies otherwise, covered employees are entitled to the same benefits and are subject to the same policies and procedures as other NPR employees.

### EEO Statement

It is the policy of NPR to seek the best qualified candidates, to offer equal employment opportunities for all job openings, and to take affirmative action consistent with NPR's affirmative action plan to ensure that such opportunities are provided. It is contrary to NPR policy to discriminate against any employee or applicant for employment because of race, sex, disability, color, religion, national origin, citizenship, age, sexual orientation, veteran status, political affiliation or other protected status. In addition, NPR will undertake positive steps to recruit and employ qualified minorities, individuals with disabilities, and veterans. It is the shared responsibility of every supervisory level staff member to enforce this policy. The Vice President for Human Resources has been appointed as the EEO Officer and is available to assist staff members with their equal employment opportunity efforts and programs.

The recruitment of a new employee is the joint responsibility of the hiring manager and the Human Resources Office.

### Employment Eligibility Verification (I-9)

It is NPR's policy to hire persons currently authorized to work in the U.S. All candidates for employment should be asked if they are eligible to work in the United States. If a candidate answers no, the supervisor should explain that NPR will not sponsor, provide any administrative support for, pay for, reimburse, or otherwise assist applicants who are trying to obtain or maintain appropriate visas, work authorizations, identifications, or working papers. Exceptions to this practice require Vice President level approval and are considered where no other qualified candidate(s) currently authorized to work in the U.S. is being considered. If approval is obtained, the candidate is responsible for hiring legal counsel and securing the necessary papers, which will be reviewed by the Office of General Counsel.

Within three business days of the first work day, all employees must complete the I-9 form and present the required documentation to Human Resources. If this information is not obtained by Human Resources, then the supervisor can have the applicant complete the I-9 and forward the completed form along with supporting documentation to Human Resources. The supporting documentation must establish identity and employment eligibility. Acceptable supporting documentation is listed on the back of the I-9 form. Employees working fewer than three (3) business days (temporaries), must complete the form by the end of the first working day. Former employees who are rehired must also complete the form if they have not completed an I-9 with NPR within the past thirty-six (36) months, or if their previous I-9 is no longer on file.

Employees are expected to notify Human Resources of any changes in employment eligibility prior to the effective date of such change. *Employees who fail to renew their work authorization or secure an extension by the expiration date will be terminated on the expiration date.*

### Position Descriptions

Position descriptions are required for every position at NPR and must be approved by the Human Resources Department. Human Resources is also responsible for assigning job classifications and compensation levels to each position.

### Employment of Relatives

Relatives, domestic partners, or spouses of NPR employees shall not be hired by or have their employment continued with NPR when it creates or gives the appearance of a conflict of interest. A conflict of interest exists when an employee or applicant would directly or indirectly report to or supervise a relative, domestic partner or spouse. A conflict of interest would also exist if either one would be working in the Human Resources department, Finance, or is responsible for processing or approving payments for the relative, domestic partner or spouse.

If employees are found to be in violation of this policy, one of them must transfer or terminate employment within (3) three months of being notified of the conflict. Although employee preference will be considered regarding the outcome, NPR reserves the right to make the final determination. This is also true for employees who get married or become domestic partners while working at NPR.

### Recruitment Guidelines

#### Writing, Revising, or Reclassifying a Position Description

For new positions, call the Human Resources (HR) Staffing Office. A HR Staffing Associate will either write or assist you in writing a position description. The Associate also can provide you with current descriptions of similar positions for your reference.

*Revising* a position description entails making changes to the description which do not change the general purpose of the position. These can include change in supervisor, title change (e.g., Administrative Assistant to HR Assistant), deletion of outdated duties and responsibilities, and addition of new, related essential duties and

responsibilities. Note: if the duties require a different skill level, the position must be reclassified. To make revisions to a position description, the supervisor prepares a Position Description Revision Memo and attaches it to the position requisition form. An outline for the revision memo is located on the Staffing page of the HR intranet site.

*Reclassifying* a position occurs when a position's general purpose changes. The change must significantly alter the position's essential duties and responsibilities and its minimum qualifications. Reclassifications usually also involve changes to a position's title, reporting relationship, and supervision exercised. To reclassify a position description, the supervisor prepares a justification for reclassification and attaches it to the position requisition form. An outline for the justification is on the Staffing page of the HR intranet site.

Generally, reclassified positions do not require posting if there is an incumbent who meets the job requirements. Consult with Human Resources to confirm whether posting is required. All positions being reclassified to management level must be posted.

### Preparing a Position Posting

A Position Requisition form must be completed to begin the posting process. The form must be signed by the department head/supervisor and, in the case of a new position, the division vice president. Please be sure to note on the form any equipment or facility needs. Once the form is signed, it is submitted to the Budget department for review along with a position description and, where applicable, the justification for reclassification or Position Description Revision Memo. (Note: The Budget department ensures adequate resources are available to support the position.) The form is then forwarded to Human Resources and HR is responsible for obtaining the remaining signatures. The Position Requisition form is located on the Staffing page of the HR intranet Site.

Once all signatures are obtained on the Position Requisition form and the position is posted, the HR Staffing Office sends an e-mail message to the hiring manager that includes the date the position was posted, when the position closes (if applicable), name of your primary HR Staffing Office contact, the position posting number, and a verification of any services requested of the HR Staffing Office.

### Posting Positions

Positions are automatically posted in the following locations: the NPR Employment Opportunities bulletin, which is available both in the building lobby and in Human Resources; various local and national talent banks; the job information phone line; the DACS; the VAX job bulletin board; the NPR web page and the DC Department of Employment Services Job Bank. Human Resources is responsible for these listings and for ensuring good faith consideration of the applicants attracted by these listings.

In completing the Position Requisition form, supervisors may request advertising of the position in other locations, e.g., The Washington Post, the NAB web site, Current, etc. The first $500 for advertising any one position is paid by HR. Any additional advertising costs are charged to the requesting department's budget. HR staffing personnel will write advertisement copy and assist you in selecting the most appropriate location to place advertisements.

The minimum posting period is fifteen (15) working days, and interviews can be conducted during this period. Supervisors may request a longer posting period on the position requisition form.

### Obtaining Applicant Resumes

Resumes received by HR for an open position are sent to the selecting official by interoffice mail on Tuesdays. They may be picked up or checked on more often by calling the HR Staffing Office.

Any resumes directly reviewed by the selecting official must be forwarded to HR. All resumes need to be date stamped and logged into the HR resume tracking system.

On the position requisition form supervisors may request the pre-screening of resumes received from external candidates. Once the position is posted, the HR Staffing Office calls the selecting official to discuss the qualifications to ensure he/she receives the resumes that meet the minimum qualifications of the position. Resumes for all internal applicants are forwarded to the hiring official and are not pre-screened.

### Closing and Re-Opening a Position

The HR Staffing Office must be contacted to close a posting once an adequate pool of qualified candidate resumes has been received. Closing a position simply means that the position is no longer posted. Any additional resumes received after a position is closed are kept in HR instead of being forwarded to the selecting official. If no employment offer is made after closing a position and interviewing candidates, the HR Staffing Office must be notified before reopening the position. Any positions that have been closed for three (3) months or more require confirmation from the hiring department's Budget Manager that funds for the position remain available. The position is re-posted in the places indicated above, and all resumes received from the date the position was closed to date of re-opening are forwarded to the selecting official, along with new submissions.

### Interviewing Candidates

The decision to hire a particular applicant should be based on a determination that the applicant meets the qualifications for the position. Discrimination in hiring is contrary to NPR policy, and favoritism may not be shown to any applicant for employment.

Selecting officials are encouraged to pre-plan interviews. Pre-planning provides an opportunity to consider the critical skills and abilities a candidate should possess and ensure that the best candidate is hired for the position. Candidates must be judged using the same criteria, therefore, ask the same set of questions with each candidate interviewed. On the position requisition form, you may request that the HR Staffing Office assist you in developing interview questions.

On the position requisition form you may also request that the HR Staffing Office provide assessment tools to be used as part of the interview process. These assessment tools include a candidate rating method and proofreading, grammar and typing/word-processing skills assessments.

Each person interviewed must complete an NPR Application for Employment. Candidates may either come to HR to complete the form or obtain it from the selecting official. The application form requests information which is not typically listed on a resume, such as salary history, exact dates of employment, reason for leaving previous positions, criminal convictions, references, and reason for wanting to work at NPR.

*Managers are not authorized* to make promises to prospective candidates regarding future increases in salary or career advancement.

### Checking References/Background Investigations

Once a candidate is selected for hire and before the hiring paperwork is submitted, the candidate's references must be checked. HR recommends that 2 to 3 business references be checked regarding the candidate's qualifications and reasons for leaving previous jobs. HR recommends that you tell the candidate that you will be checking references. Any reference checks conducted before the hiring paperwork is approved should be limited to past employers. You should not contact anyone at the candidate's current place of employment until an offer has been extended or the candidate has expressly authorized such contact. If requested, the HR Staffing Office can provide or assist the selecting official in developing questions for reference checking.

With the candidate's approval HR will verify previous employment dates, salaries, and if possible, reasons for leaving previous jobs. Background investigations will be conducted to verify education, criminal convictions and any other relevant information on the employment application. Criminal background checks will be limited to certain positions such as NPR officers, personnel in IT, Security and Legal, as well as positions with duties that are responsible for processing NPR financial or personnel information.

Refusal to submit to a background investigation will eliminate a candidate from further consideration. Information obtained during the background investigation will be handled in a confidential manner.

### Paperwork to Complete a Hire

To complete the hiring process, submit a completed Employee Action Form (EAF), a justification for hire, all resumes received, application forms for the candidates interviewed, and the position description. An EAF and an outline of the hiring justification are located on the Staffing page of the HR intranet site. Required signatures on the EAF prior to submission to the Budget department are from the department head/supervisor, divisional vice president and divisional budget manager. The Budget department automatically forwards the form to HR. HR is then responsible for obtaining any remaining signatures. The EAF and all attachments should be submitted to the Budget department at least 5 working days prior to the starting date for the person being hired. This gives HR time to review the paperwork, obtain the necessary signatures, and prepare an offer letter.

**No employment offers can be made until the Vice President for HR has approved the justification for hire. A verbal conditional offer of employment may be made after the justification for hire is approved by HR and before reference and backgrounds checks are completed.** Conditional offers of employment should not include any present or future commitments as to salary, benefits or permanent employment.

After obtaining all necessary signatures, the HR Staffing Office will notify the selecting official and prepare an offer letter. The selecting official has the option of deciding whether to have HR mail the offer letter or personally delivering it to the selected candidate. Once the selected individual accepts the position, letters are sent to all applicants who were interviewed, but not selected, letting them know the position has been filled.

At least two (2) days prior to the day the candidate begins work, a Facilities Request Form for phone service and a key must to be submitted to Facilities. In addition, a Computer Systems Access Application must be sent to Information Technology. Both of these forms are located on the Staffing page of the HR intranet site.

In the event a current employee is offered a new position, the employee's current supervisor and the hiring supervisor should agree to a reasonable starting date which does not cause undue hardship to either supervisor.

The HR Staffing Office should be contacted if there are questions or assistance is needed during the hiring process. The HR Associates for Staffing can be reached on x2915 or x2910.

### Initial Probationary Period(s)

All new employees are subject to an initial probationary period of three (3) to six (6) months as designated on the Employee Action Form (EAF). All employees who have been promoted or transferred are also subject to a new probationary period. Each manager is responsible for notifying the employee of the probationary period.

The purpose of the initial probationary period is to provide an opportunity for the employee to demonstrate that he or she has the ability to perform the job and to provide the employee, as well as NPR, with the opportunity to assess whether employment should be continued. During the established probationary period, the manager has the right to recommend termination at any time on the basis of unsatisfactory performance or violation of company policy. Managers should be prepared to cite instances of unsatisfactory performance, or instances where the employee's demonstrated skills do not meet the stated job requirements. At the manager's discretion, the probationary period may be extended once, not to exceed three months.

Managers are encouraged to discuss performance concerns with the employee throughout the probationary period. Prior to the end of the initial probationary period an evaluation form will be sent by Human Resources to the manager for completion. The manager is responsible for completing this evaluation form when the employee has successfully completed the probationary period, i.e. has demonstrated minimum satisfactory performance. The manager should discuss the assessment with the employee and remind them that satisfactory performance is expected to continue.

Employees accrue leave during the probationary period, but annual leave may not be taken unless authorized by a department manager on the basis of special circumstances. If an emergency arises during an employee's probationary period which requires a leave of absence, such time off, if granted, will not be considered time worked and the probationary period will be extended accordingly.

### Relocation Expenses

Under appropriate circumstances and at the direction of the President, NPR will pay reasonable relocation expenses. Payment of such expenses will be limited to household goods and the family of an employee hired for an officer, department manager, or other appropriate position deemed essential to the convenience and interests of NPR. NPR may also pay such costs when relocation of a current employee is requested by NPR.

The letter offering employment or ordering relocation must state whether relocation costs will be paid by NPR. Employees will be informed of the conditions for reimbursement and the specific costs that will be paid. Reasonable costs not to exceed one month's salary may be paid, and NPR will not pay for extra insurance to move cars, boats, and other non-standard household items. Receipts of expenses incurred will be required.

### New Employee Orientation

It is important that all new employees begin their employment with NPR fully knowledgeable of the organization, its policies and procedures, and the duties of their positions. With this in mind, it is the policy of NPR to conduct new employee orientation programs (either group or individual) for all new employees brought into the organization. Supervisors are responsible for ensuring that all employees attend orientation.

Human Resources conducts orientation programs for new employees during their initial employment periods. This orientation provides information on NPR's policies, benefits, and services, as well as an overview of the work of each department. The administrative processing of employment forms that must be completed by the employee is done by Human Resources on the first day of employment.

In addition to the orientation conducted by Human Resources, the hiring supervisor is expected to explain the specifics of the position, expectations, various administrative issues, and work-related rules. The hiring supervisor introduces the employee to co-workers and ensures the employee is integrated into the work unit as efficiently and positively as possible.

If appropriate, the hiring supervisor or his or her designee establishes orientation meetings with other departments in the organization. Care should be taken to create a meeting schedule that does not overwhelm the new employee in his/her first few days or weeks of employment.

### Employment Records

The Human Resources Department maintains official personnel records on every employee. The records contain the following information:

- Resume or curriculum vitae (if submitted), and/or application for employment;
- Appointment letter;
- Employee Action Forms;
- Performance evaluations and related materials;

- Letters of dismissal or resignation; and
- Employment verifications

Human Resources maintains separate employee confidential files for FMLA leave and/or medical information. Information contained therein will be shared with the employee's supervisor only on a need-to-know basis.

Staff members have a right to inspect their files maintained by Human Resources. Personnel files may also be inspected by an employee's supervisors and authorized staff of Human Resources and Office of the General Counsel. Supervisory staff members considering an employee for a position may inspect performance-related items from the employee's personnel file.

Separate employment files may be maintained by supervisors to assist them in keeping track of attendance, vacation requests, other leave requests, performance and discussions with employees which can be used as input to the annual evaluation. Supervisor files must be forwarded to Human Resources when an employee transfers to another position, terminates employment, or the supervisor's employment ends either in the department/unit or NPR. These files do not become a part of the official Human Resource personnel file but are maintained for future reference if needed.

### Internship Guidelines

#### Purpose

NPR's intern program is designed to provide interns with "hands-on" educational experience and training in a specific area. Frequently, intern programs are part of a formal internship program offered by a college or university. *The intern program is not designed to replace regular positions.*

#### General Information

Interns are expected to work between 20 and 40 hours a week during an 8- to 12-week internship period. Internships are offered during the Summer, Fall, and Winter/Spring semesters. A candidate must be a graduate student; an undergraduate student in his/her junior or senior year; or have graduated from college within 6 months of beginning the internship. Interns may receive academic credit if an arrangement is made between the NPR Human Resources Department and the intern's college or university. All interns are subject to the applicable NPR employee rules, including its Employment Dispute Resolution Policy.

Candidates must submit completed forms, cover letters, resumes, and two letters of reference.

#### Application Deadlines

Summer - March 15
Fall - July 15
Winter/Spring - November 20

#### Requesting An Intern

To request an intern, the hiring manager sends an e-mail message to an HR Staffing Associate with the following information:

- The name of the department, show, or unit for which the intern will be working.
- Whether the intern will be working full or part-time and which days of the week he/she will work.
- Whether the intern is paid or unpaid. (Depending on departmental budget and availability of HR funds).
- A brief description of the general duties the intern will be expected to perform.
- The name of the person who will supervise the intern.
- Any specific education, experience, and/or abilities the intern should have, i.e., familiarity with public radio, experience using Microsoft Word, ability to operate a reel-to-reel tape machine, an MBA candidate.

- Any other additional items required of the intern, such as a writing sample.
- Whether HR funds are requested for the intern. (HR funds are only available for Summer internships and must be requested by January 10.) Money is distributed based on the number of requests received, AA/EOE goals, etc.

The HR Staffing Associate will write a position summary for the internship and send it to the hiring manager for approval.

### Posting Process

All internships are posted in the following locations: the Internship Opportunities bulletin, which is available both in the building lobby and in Human Resources; talent banks, which are sent a copy of the Internship Opportunities bulletin; the job information phone line; the DACS; the NPR web page; and with universities nationwide who have previously requested NPR internship information.

In addition, the Staffing Office distributes the Internship Opportunities bulletin at internship fairs sponsored by local universities and at various other job fairs. Upon request, the Staffing Office will send the Internship Opportunities bulletin to specific universities.

### Obtaining Applicants

Applications received for internships are kept in the Staffing Office until the internship deadline for each semester has passed. Within two weeks of the deadline, the applications are forwarded to the hiring managers. Upon request, applications may be sent to hiring managers on a weekly basis prior to the deadline date.

Also upon request, applications may be pre-screened by the Staffing Office to ensure that specific qualitative criteria are satisfied. Only those applications meeting the criteria would be forwarded to the hiring manager.

### Selection Process

Hiring managers are encouraged to conduct interviews (by telephone or in person) with the finalists. In addition, the hiring manager should check the references of the intern candidate. Upon request, the Staffing Office will conduct the reference checks.
An Employee Action Form (EAF) needs to be completed for interns being paid either by the department or by HR. There is an internship category in the temporary section of the form. EAF's are not prepared for unpaid interns, therefore an e-mail message must be sent to the HR Staffing Associate stating the name of the intern and the dates he/she will work.

### Pay Procedures

Interns receiving monetary compensation are paid by check request or through NPR payroll. HR can provide guidance on the appropriate form of payment.

An intern being paid through Payroll must complete a bi-weekly, non-exempt time sheet and give it to his/her supervisor for approval. The time sheet is then submitted with the rest of the department's time sheets to Payroll for processing. The intern receives his/her paycheck on payday along with the regular staff.

Arrangements can be made with the Human Resources Staffing Office for submission of the bi-weekly check request required for payment for interns paid through Accounts Payable. HR will distribute the check to the intern.

There is no paperwork required for interns who are not receiving any type of monetary compensation for their services.

### Activities

At the beginning of each intern program semester, interns receive an orientation during which they have the opportunity to meet the corporate officers, tour the building, receive computer training and visit the library. Mini-orientations are scheduled to accommodate interns starting at least one week before the normal program start dates.

At the end of the semester interns receive certificates and NPR logo items in recognition of their participation.

During the 8-week Summer program, weekly brown bag lunches and training sessions are held. Typically, the brown bag lunches are scheduled on Wednesdays, and the training sessions are on Thursdays. The purpose of the brown bag lunches are to give the interns an overview of the company and the functions of the different divisions. The training sessions provide the interns with an opportunity to learn production and editing techniques. In addition to these weekly events, the following events are scheduled: a tour of WAMU; a visit to the Newseum; a tour of the Capitol; a scavenger hunt or similar activity to give an orientation to Washington, D.C.

The Fall and Winter/Spring programs have fewer planned activities due to the small number of interns participating at those times. Scheduled activities normally include brown bag sessions, WAMU tour and a visit to the Newseum.

A schedule of activities is given to each intern and their hiring manager at the start of the internship period.

### Evaluations

Evaluation forms are distributed approximately one week before the end of the internship period. Interns evaluate their internship experience, scheduled activities and their assigned work. The hiring managers evaluate the performance of the interns and the overall internship program. Completed evaluations should be returned to the Human Resources Staffing Office.

Questions regarding internships should be directed to the HR Staffing Associates at x2910 or x2915.

### Guidelines for Independent Contractors

Independent contractors are business or professional people hired to perform specific tasks. They are like vendors that perform services or provide goods. Independent contractors are not subject to withholding taxes and they are not eligible for unemployment, NPR benefits, pension plan coverage or workers' compensation.

A worker may be hired as a contractor, but unless he or she is treated as such the worker may be considered an NPR employee, which has financial and legal ramifications. The traditional test used by the IRS for determining employee status asks whether the employer has retained the right to control both the service provided and the manner in which it is performed. To ensure independent contractor status the contracting official should not decide how the services are performed or how the result is achieved. The existence of the following factors strongly suggests regular employee status:

- NPR exercises day-to-day control over work assignments and how they are performed;
- the duration of service is long rather than short (more than one year);
- NPR furnishes equipment, supplies and office space;
- the contractor works solely for NPR, cannot reject work from NPR and has no other clients;
- the contractor performs the same work as employees;
- the contractor works the same hours as employees and cannot set his/her own hours; and
- the contractor is paid for incomplete or unsatisfactory work.

A contract is required when the services of an independent contractor or consultant are needed. The procedures that must be followed prior to engaging a contractor or consultant are described in "NPR's Contract

Procedures". Please consult with Human Resources or the Office of General Counsel if you have questions about using independent contractors.