## 1. Employment Policies

### Equal Employment Policy

NPR is an equal opportunity employer and does not discriminate or retaliate against applicants or employees on the basis of any factor prohibited by federal, state or local law, including:

- Age
- Color
- Disability
- National origin
- Race
- Religion
- Sex
- Sexual Orientation
- Veteran status
- Marital status
- Matriculation (student status)
- Political affiliation

This policy of non-discrimination and non-retaliation applies to all employees during their employment and also extends to vendors, contractors, interns and volunteers. As a recipient of federal funding, NPR also maintains an Affirmative Action Plan (AAP). The President of NPR is primarily responsible for carrying out the AAP and has appointed the Vice President for Human Resources as the Equal Employment Opportunity (EEO) Officer for NPR to assist with the affirmative action objectives. Each manager and supervisor will be evaluated on his or her efforts to support NPR's EEO Policy and AAP.

Any violation of this policy should be reported to the Vice President of Human Resources or the Office of General Counsel.

### Accommodations Policy

NPR is committed to complying with applicable state and federal laws governing the treatment of qualified individuals with disabilities. The Americans With Disabilities Act (ADA) makes it unlawful to discriminate or retaliate against qualified individuals with disabilities in all aspects of employment, i.e., interviewing, hiring, training, promoting and assignments. The ADA also imposes an obligation to provide reasonable accommodation to the known limitations of an otherwise qualified individual with a disability. A reasonable accommodation is one that assists the employee in the performance of the job and does not place an undue burden on NPR or its operations.

A "qualified individual with a disability" is someone who satisfies the requisite skills, experience, education and other job-related requirements of the position and who, with or without reasonable accommodation, is able to perform the essential functions of the position. The essential functions are those that the position is designed to perform and which are necessary for the position. Functions that bear only a marginal relationship to the job are not essential.

NPR's obligation to consider reasonable accommodation only arises when the supervisor knows about an employee's limitations. Consequently, it is the responsibility of the employee to make the supervisor aware of the limitation and to request an accommodation. Such requests for accommodation will be reviewed on a case-by-case basis. When a request is made the supervisor should inform the employee that documentation from a medical professional is required to assist in deciding what accommodation is reasonable. *Supervisors should not ask the employee to disclose the medical condition but instead should focus on learning how the condition affects the employee's ability to do the job.* Human Resources will follow-up

Exhibit 5

with the employee's medical professional to ensure that all medical information is handled in a confidential manner.

The decision about what employment accommodation is reasonable will depend on the type of job, the essential functions of the job, the limitations of the employee or applicant and the extent to which modifications or auxiliary aids are available without posing an undue hardship on the department and NPR. Accommodations may include rearranging equipment, acquiring or modifying equipment, modifying work schedules, performing the work in another way or reassigning the employee to a vacant position. Reassignment should only be considered after accommodations in the current position have been unsuccessful or cannot be made. Human Resources is available to help the supervisor and employee decide what is reasonable. The decision should be reached cooperatively.

If a leave of absence is granted as an accommodation, the supervisor should inform the employee that a medical release or fitness for duty evaluation will be required to return to work. The release will assist in determining the employee's ability to perform essential duties, either with or without further accommodation, e.g., the employee requires physical therapy and can only work 20 hours per week.

NPR cannot require an employee to accept an accommodation that is not requested or needed. However, if a necessary reasonable accommodation is refused and the employee is unable to perform the essential functions of the job, the supervisor can proceed with progressive discipline, up to and including termination.

All requests for accommodation, as well as the approval or denial of an accommodation, must be documented by the supervisor and forwarded to the Director of Employee Relations.

NPR will also make reasonable accommodations based on religion.

**Harassment Policy**

NPR recognizes its responsibility to maintain a work environment free from any form of harassment, including sexual harassment. NPR will not tolerate any activity that is demeaning or interferes with an employee's work environment based on any factor prohibited by law, such as listed in the above EEO Policy statement. This includes, but is not limited to jokes, statements and gestures made by supervisors, co-workers and non-employees such as vendors, contractors, interns and volunteers. E-mail, NPR Intranet and the internet may not be used at NPR for any purpose that violates this policy.

Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature constitutes sexual harassment when:
- submission to such conduct is made, either explicitly or implicitly, a term or condition of employment,
- submission to or rejection of such conduct by an individual is used as a basis for employment decisions affecting that individual, or
- such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

NPR is committed to affirmatively addressing the subject of harassment by informing employees of this policy and management's disapproval of conduct in violation of this policy, timely investigation of harassment complaints, implementing corrective action, and informing employees of their right and obligation to notify management of harassment.

Employees, male or female, who believe that they are being harassed in violation of this policy, are encouraged to report any incidents to their supervisors, managers, the Vice President for Human Resources, the Director of Employee Relations, or the General Counsel.