# n|p|r  Justification For Hire Form

### General Information

Job Number: _____   Date: _____

Position Title: _____   Position Supervisor: _____

Open Date: _____   Close Date: _____   Department: _____

Recommended Applicant: _____   Division: _____

Number of Applications Received: _____   Number of Applicants Interviewed: _____

*Advertising beyond the usual:   none _____

### Hiring Criteria

### Candidate Analysis

### Proposed Salary

Exhibit 6

---

\* Usual advertising includes NPR Employment Opportunities bulletin displayed in the building and HR lobbies; talent bank; NPR Job information line; DACS; NPR web page.

Staffing Justification For Hire Form 2-15-2000