

## Position Description Form

### General Information

Date: 6/24/05

Position Title: Human Resources Associate  
Department: Staffing/Employee Relations  
Division: Human Resources  
Classification: Exempt  
Salary Range:

Job Number: 686 & 638  
Position Job Code: 2D  
Union: ☐ Yes  ☒ No  
Salary Level: H

### General Purpose:

Provides a variety of recruitment and staffing services for selection and placement of diverse, high caliber candidates in NPR's divisions; shared responsibility for developing and monitoring NPR's Affirmative Action goals and managing the year-round Internship Program to identify NPR's future potential workforce; develops and monitors Staffing budget; and develops/updates policies, procedures and new programs as required.

### Supervision Received:

Works under direct supervision of Director, Employee Relations and Staffing.

### Supervision Exercised:

In conjunction with other HR Staffing Associate is responsible for selection of HR intern. May coordinate the work of interns and temporary employees assigned to the HR Department.

### Essential Duties and Responsibilities:

1. Manages NPR's recruitment process:
   a. Consults with managers to provide guidance in developing and revising position descriptions.
   b. Consult with line management to determine staffing needs. uUsing knowledge of available recruitment sources and media, provides advice and recommendations to develop and implement proactive recruitment strategies.
   c. Identifies and analyzes recruitment sources for generating diverse pools of applicants with special emphasis given to targeted jobs under NPR's Affirmative Action Plan.
   d. Develops recruitment plans for targeted underrepresented positions in job groups identified in annual Affirmative Action Plan.
   e. Executes administrative activities of hiring process (i.e. resume screening, applicant tracking, posting vacancy, forms, reference checks, offer letters, etc.).
   f. Adhere to administrative procedures and effectively track, monitor and report on candidates and job vacancies.
   g. Serves on candidate selection committee, as requested by hiring manager, to evaluate and screen applicants based on management hiring requirements, position description and candidate qualifications.
   h. Train management on policies and procedures and technology used for the recruitment process.
   i. Complies with employment laws.

2. Develops NPR's Affirmative Action Plan:
   a. May have lead responsibility or assist in the development of annual Affirmative Action Plan by:
   - Analyzing existing organizational employee profile;
   - Preparing utilization analysis based on workforce labor statistics availability data; and
   - Making recommendations.
   b. Provide quarterly updates for distribution to management and NPR's Board of Directors.
   c. Collaborates with hiring managers and Director of Diversity to develop and implement proactive recruitment strategies to achieve identified goals.

Exhibit 7

3. Manages NPR's Internship Program:
   a. May have lead responsibility or provide assistance in organizing, planning and overseeing structure of NPR's year-round internship program and annual Internship Fair.
   b. Identifies, builds and maintains relationships with high schools, colleges/universities and professional associations, and attends conferences to generate diverse applicant pools, and increase minority representation within the program.
4. Develops and monitors Staffing budget.
   a. May also develops and submits new fiscal year Staffing budget to management for approval.
   b. Processes invoices for payment on a timely basis. Resolves any payment/account issues with vendors.
   c. Provides quarterly variance analysis to management.
5. Develops and/or updates policies, procedures and programs as required.
   a. Draft Policy & Procedures as identified by management.
   b. Assess requirements for new staffing/partnership programs that may benefit NPR and public radio community (i.e. NPR Visiting Professor Program).
   c. Determine program structure, governance procedures, and implement-approved program.

**Minimum Qualifications:**

Education: Bachelor's degree in human resources or related field, or equivalent work experience required.

Minimum Knowledge, Skills and Abilities:
1. Five years experience in proactive recruitment and selection processes and candidate tracking and reporting.
2. Knowledge of EEO/Affirmative Action and other employment laws is essential.
3. Flexibility and accountability in setting and achieving results.
4. Ability to effectively work in a team environment consisting of a diverse group of individuals.
5. Demonstrated excellence in interpersonal, organizational, oral and written communication skills; and strong problem solving skills required.
6. Proficiency using a PC and Microsoft Office software required.
7. Familiarity with HRIS software a plus.
8. Experience in a media and/or news organization preferred.

**Tools and Equipment Used In This Position:**

Incumbent will be required to use standard office equipment such as a telephone, personal computer, copier, fax machine and calculator. Incumbent will be required to use industry-standard business software applications, and NPR-specific custom applications in the course of their daily responsibilities.

**Physical Demands:**
*(The physical demands described below are representative of those that must be met by an employee to successfully perform the essential functions of the job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential function).*
1. Incumbent must be able to bend, stoop and reach to maintain files.
2. Incumbent must be able to accurately and effectively converse in the English language both in person and over the telephone.
3. Incumbent must be able to effectively and efficiently handle multiple assignments in a fast-paced, deadline-driven environment constant interruptions.
4. The incumbent must be able to work extended hours during peak work periods throughout the year.
5. Long periods of working at desk, including entering data into a desktop computer can be expected.
6. The incumbent must be able to travel occasionally.

**Work Environment:**
*(The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential functions).*

1 NPR is a high-stress, broadcast production environment. The incumbent must have the ability to accept the skeptical nature of those who work in public radio, demonstrating at all time respect for the diverse constituencies at NPR and within the public radio system. NPR is a non-smoking work environment and does not tolerate the use of illegal substances

**NOTICE**

The duties listed above are intended only as illustrations of various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

The position description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the position change.