UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *Martha Griffin, et al.,* | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.: 76 – 0229 |
| *National Public Radio, Inc.* | * |
| Defendant. | * |

### AFFIDAVIT OF KATHLEEN JACKSON

I, Kathleen Jackson, under penalty of perjury, hereby state the following in support of National Public Radio Inc.'s ("NPR") Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree:

1. I am African American and over the age of 18. I am competent to provide this affidavit.

2. I have worked in the area of human resources for various companies since 1976. I was hired by NPR in May 1996 as Vice President of Human Resources. My position description is attached. I was advised of the requirements of the 1978 Consent Decree during the interview process for the job.

3. The hiring justification form must be signed by the Hiring Manager, the Vice President of the area or division where the vacancy is located, the Vice President of Human Resources, and the Executive Vice President for NPR.

Exhibit B

4. The Next Generation Radio Project is aimed at NPR representatives presenting at conferences held by minority radio groups to seek out new talent and to conduct workshops to pique the interest of minority journalists. These conferences include the National Association of Black Journalists, the National Association of Hispanic Journalists, the Asian Journalists Association, the Native American Journalists Association, and the National Lesbian and Gay Journalists Association.

5. NPR has formalized its process for approval of each new Affirmative Action Plan ("AAP").

6. NPR's Board of Directors has established a Finance and Administration Committee which reviews the proposed AAP for each year in November.

7. This Committee also receives quarterly reports from the human resources department regarding the status of compliance with the goals of the AAP.

8. In 2000, NPR developed a diversity plan which is a multi-year plan. Reports on staff diversity are routinely provided to the Board of Directors.

9. The diversity plan process supplements the affirmative action plan as a monitoring tool for NPR to track its progress in recruiting and retaining women and minorities.

10. NPR has established several ways for an employee to file a complaint regarding any hiring decision he or she believes violates NPR's policies or some other regulation or law.

11. The employee can file a complaint with her immediate supervisor. If the employee is not comfortable with her immediate supervisor, she can follow the chain of command and complain to a higher level employee.

12. A complaint may be filed formally with the Manager of Employee Relations or the Director of Employee Relations and Staffing.

13. NPR's collective bargaining agreements contain anti-discrimination provisions and provisions for arbitration of such disputes.

14. NPR's legal department is also available to receive complaints from employees or applicants.

Dated: February 3, 2006

Kathleen Jackson

## ACKNOWLEDGMENT

STATE OF Washington, DC, CITY/COUNTY OF _____, TO WIT:

I HEREBY CERTIFY that on this 3rd day of February, 2006 before me, the undersigned Notary Public of the aforesaid State, personally appeared Kathleen Jackson, and that she executed the foregoing affidavit for the purposes contained therein.

IN WITNESS MY Hand and Notarial Seal.

_____ (SEAL)
NOTARY PUBLIC

My Commission Expires:

Ethyl L. Tiller
Notary Public, District of Columbia
My Commission Expires 4-14-2009

3
DC1 30156044.1

 

*Kathleen Jackson*

### General Information

| | |
|---|---|
| Position Title: | Vice President for Human Resources |
| Department: | HR Operations |
| Division: | Human Resources |
| Classification: | Exempt |
| Salary Range: | |
| Job Number: | 12 |
| Position Job Code: | 1B |
| Union: | ☐ Yes  ☒ No |
| Salary Level: | 6 |
| Date: | 6/24/05 |

**General Purpose:**

Create, develop and maintain an approach to serving the staff of NPR to maximize their ability to achieve the company's mission and goals. Focus on customer service, communications, effective systems, coaching and team building.

**Supervision Received:**

Reports to the Executive Vice President.

**Supervision Exercised:**

Human Resources staff

**Essential Duties and Responsibilities:**
1. Manage Human Resources staff and department including hiring, setting goals, monitoring HR computer systems, preparing and monitoring departmental budget

2. Create and implement strategic plans and systems to meet NPR's overall mission and goals, using internal and external organizational development professional development and team building.

3. Assist managers and staff throughout NPR in carrying out their individual and department goals as they tie to human resources.

4. Develop and implement personnel policies and procedures for NPR.

5. Analyze benefits and compensation to ensure that the company stays competitive and financially responsible, within the company and externally in the marketplace.

6. Negotiate and maintain relationships with union and other collective bargaining units within NPR. Work with general counsel and other appropriate departments to negotiate union agreements. Implement terms of agreements once negotiated.

7. Develop and implement recruitment and affirmative action plans to ensure diversity and high quality staff.

8. Maintain relationships with managers and staff within the company and with member stations and appropriate professional groups, individuals and universities to ensure NPR has access to an expanded highly qualified and diverse talent pool for employment opportunities.

9. Assess the need for professional development to meet NPR's goals. Develop and implement appropriate solutions.

Education:
College degree or equivalent experience.

Minimum Knowledge, Skills and Abilities:

Proven track record in forward-thinking human resources development role including management and supervisory responsibilities, affirmative action management training, equal employment conflict resolution or comparable experience.

Minimum ten years of experience in leadership role.

Strong interpersonal and leadership skills.

Excellent speaking and writing skills.

Experience in news organizations, broadcast media or telecommunications extremely desirable.

Relationships:

Works closely with the Office of the President, Executive Vice President and General Counsel, as well as all Vice Presidents. Works closely with NPR staff and managers from NPR member stations.

### Tools and Equipment Used In This Position:

Incumbent will be required to use a telephone, personal computer, photocopy machine and other standard office equipment as needed.

### Physical Demands:
(The physical demands described below are representative of those that must be met by an employee to successfully perform the essential functions of the job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential function).

Physical demands are those required of a typical management level position including ability to sit and type at a personal computer for an extended period of time. Some travel required.

### Work Environment:
(The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential functions).

NPR is a high-stress, broadcast production environment. The incumbent must have the ability to accept the skeptical nature of those who work in public radio, demonstrating at all time respect for the diverse constituencies at NPR and within the public radio system. NPR is a non-smoking work environment and does not tolerate the use of illegal substances

### NOTICE

The duties listed above are intended only as illustrations of various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

The position description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the position change.