### Dispute Resolution Policy

Most complaints and disputes may be resolved simply by working things out directly with the supervisor. This can be done by talking to the supervisor or by making concerns known in writing. Every supervisor is obligated to respond to employee concerns in a timely manner. If a supervisor's response is not satisfactory, staff are encouraged to bring the matter to the attention of the department manager or the appropriate corporate officer for review. The department manager/officer will then conduct a timely review of the facts and circumstances of the complaint. If the matter involves a right, privilege or interest recognized by law and cannot be resolved internally, the third party dispute resolution procedure is the next recommended step.

Internal complaints concerning equal employment opportunity or sexual harassment require special handling. In those instances, internal counselors will be appointed to assist employees who allege discrimination or retaliation with resolving complaints effectively. The immediate supervisor will be involved whenever possible. This process can be informal, based on a verbal complaint or more formal, based on written complaint. An investigation of the complaint will occur and the Office of General Counsel may be consulted. If the issue cannot be resolved internally, the third party dispute resolution procedure is the next recommended step.

The third party dispute resolution procedure is mandatory for employees hired after December 1, 1996 and all members of AFTRA. It is voluntary for all other employees. This procedure is designed to address employee complaints rising under state or federal statute or common law. Employees who are dissatisfied with the recommendation of the fact-finder may pursue judicial action against NPR.

A copy of the Employment Dispute Resolution Policy, as well as guidance on the process, can be obtained from Human Resources.

### Conflict of Interest Policy

As a public broadcaster of news and information, NPR is in the public eye. The maintenance of high standards of honesty, integrity, impartiality and conduct of employees is essential to NPR's reputation and mission. Avoiding conflicts of interest, or the appearance of impropriety, between the personal interests of NPR employees and their official duties is necessary for maintaining these high standards. All employees are covered by the Employee Conduct and Responsibility Statement ("Conduct Statement") which provides examples of unethical conduct and conflicts of interest. Employees are responsible for reading and complying with the Conduct Statement.

If any employee acting reasonably, and in good faith, concludes that there is a conflict of interest or that circumstances give rise to the appearance of a conflict of interest, the employee has a duty to immediately disclose the matter to a corporate officer. The Office of General Counsel should be consulted regarding appropriate steps to remedy the conflict. Retaliation is prohibited against any employee who reports a violation of this policy or the Conduct Statement. Failure to comply with this policy and the Conduct Statement may result in disciplinary action.

### Outside Employment

NPR's success depends on the skill, loyalty and dedication of its employees. Outside employment by an employee must not discredit NPR, conflict with NPR's interests, or interfere with the employee's ability to perform NPR duties. Outside employment (self-employment or employment by others) which could suggest a conflict of interest must be reported to Human Resources or the Office of General Counsel. If outside employment conflicts with NPR's interests or interferes with performance of NPR duties, the employee must end either the outside employment relationship or leave NPR.

### Public Appearances

On-air talent at NPR is expected to make public appearances at NPR-related functions to help promote NPR

Exhibit 9

# human resources

Admin. Services
Audience Research
Audio Engineering
Building Facilities
Business Dev.
Communications
Development
Distribution
Diversity
Finance and Admin
Government Relations
Human Resources
I.T.
Legal
Libraries
Member and Program Services
News and Information
NPR Online
Ombudsman
Operations
Programming
Science Desk
Telecom
Training

## INTERNAL DISPUTE RESOLUTION PROCEDURE

Employees who believe they are treated unfairly with respect to the terms and conditions of their work assignments or environment have an opportunity to have their issues addressed. The procedure set forth in this section shall be used to resolve all non-union employee complaints except for those involving claims of discrimination (see EEO Complaint Procedure). Union employees should use the procedure contained in the collective bargaining agreement between the American Federation of Television and Radio Artist (AFTRA) and NPR.

For the purpose of adjusting non-union employee grievances and disputes, the employee must first seek informal resolution through the immediate supervisor. The employee should initiate efforts toward informal resolution within a reasonable period of time following the incident or circumstances resulting in the grievance.

If the issue is not resolved, the complaint should be submitted in writing to the appropriate department manager, with a copy of the Human Resources department. The department manager must-- meet with the employee in an attempt to resolve the issue; and respond in writing to the employee not later than five working days after receipt of the complaint.

The employee may submit the department manager's decision to the appropriate corporate officer for review. If the department manager is a corporate officer, review will be by the President. The officer will conduct a timely review of the process and circumstances of the grievance.

### Third Party Dispute Resolution Procedure

This section addresses claims which shall be defined as any dispute between an employee and NPR (including its officers, directors, employees and agents acting in the scope of their duties) arising under any state or federal statute or common law ("Claim").

No employee shall file any suit against NPR arising from any Claim until such Claim has first been submitted to fact-finding as provided here. However, this procedure shall not deprive any employee who shall be dissatisfied with the recommendation of the fact-finder of any right to pursue judicial action against NPR with respect to the

HRMS
HR Payroll Self-ser

Benefits
Frequently Used L
Frequently Used N
Changing Benefits
COBRA
Eligibility Requirer
Health Resources
Holiday Schedule
Insurance Progran
Leave Benefits
Other Benefits

Staffing
Employment Policy
Forms
Glossary
Hiring Procedures
Internship Prograr
Recruiting Calenda
Staffing Services

Training and Organizational Development
Individual Dev. Pla
Performance Mana
Training Schedule
Information/Resou
Mentoring
Other Services

Policies and Pr
AFTRA Contract
Employee Handbo
Policy on Harassm
Workplace Violenc
Internal Dispute R
Procedures
Conflict of Interest
Equal Employmen
Workplace Accomo

Payroll
FY05 Payroll Caler
Paychecks/Paystul

Next Generatic Project

HR Forms

HR Staff

Exhibit 9

Claim.

Any Claim shall be resolved by a fact-finding proceeding administered by the American Arbitration Association under its National Rules for the Resolution of Employment Disputes. The fact-finding proceeding shall be conducted expeditiously, in light of the nature of the claim and needs of the parties. The parties shall advise each other within thirty (30) days of the decision of the fact-finder whether they accept or reject that decision.

**The fact-finding proceeding for any Claim shall be subject to the following:**

- If the employee chooses to be represented during the fact-finding proceeding by a lawyer, then NPR may use a lawyer. If the unit employee elects not to be represented by a lawyer during the proceeding, then NPR shall use a non-lawyer. In the absence of an election by an employee not to use a lawyer, NPR may use either a lawyer or a non-lawyer representative.
- There shall be no transcript made of the fact-finding. Briefs shall not be filed by the parties, unless requested by the fact-finder.
- Any statute of limitations applicable to a Claim shall be deemed tolled and stayed from the date of filing of a demand for fact-finding until the date of the recommendation of the fact-finder. However, an employee shall be entitled to file a charge of discrimination if necessary to preserve jurisdiction.
- NPR shall not take any adverse action against any person appearing as a witness in such proceeding because of such an appearance.
- Each party shall bear its own attorneys fees (if any) for the fact-finding, except that in the event the employee prevails, the fact-finder shall recommend that NPR reimburse the employee's reasonable fees for representation. The determination whether an employee has prevailed shall be based upon the statute or law under which the claim arises. NPR shall pay the fact-finder's fees and expenses and any charges of the American Arbitration Association.
- The fact-finding record, including any demands, pleadings, motions, testimony, exhibits, briefs, awards, or other documents of any kind, shall not be admitted in any subsequent judicial or administrative proceeding arising from that Claim, and neither party shall refer to the outcome of any fact-finding in such a proceeding.
- In the event NPR rejects the recommendation of the fact-finder and the employee subsequently prevails before a court or administrative body, NPR shall pay the greater of (1) any amounts awarded by the court or administrative body, or (2) 110% of the make-whole relief recommended by the fact-finder for an individual employee (back pay, front pay or restoration of benefits), but excluding any recommendations for

compensatory or punitive damages.

All material on the NPR Intranet is for internal use only.