UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Martha Griffin, et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | *Civil Action No.: 76 – 0229* |
| *National Public Radio, Inc.* | * | |
| *Defendant.* | * | |

### AFFIDAVIT OF WALTERENE SWANSTON

I, Walterene Swanston, under penalty of perjury, hereby state the following in support of National Public Radio Inc.'s ("NPR") Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree:

1. I am over the age of 18. I am competent to provide this affidavit.

2. I was hired by NPR in March 2003 as the Director of Diversity Management. In this role, I am responsible for implementing NPR's Diversity Plan and report directly to the President of NPR.

3. It is my understanding that my position was created after NPR's Diversity Task Force recommended that a Director of Diversity Management position be created and I was hired to fill that role.

4. In 2004, a Diversity Action Team was created to refine and implement recommendations of the task force and implementation team. This team is comprised of 22 NPR staff members, including an Individual and Organizational Development Specialist; Kathleen Jackson, Vice President of Human Resources; and myself. A report on the Diversity Action Team's progress is made at every meeting of the Board of Directors.

5. In 2005, a committee of NPR employees, along with an outside consultant, developed the NPR Diversity Process. This plan was later refined by a five-member committee

Exhibit 11

of the Board of Directors. The Diversity Process was presented to the full board in November 2005 and the Board ratified it.

6. The Diversity Plan is intended to examine several different areas including, but not limited to, tracking staffing and hiring practices.

7. The Diversity Action Team is currently examining hiring and retention issues. In connection with this, the team is working with the Human Resources Department to carefully evaluate the demographics of potential employees who self-identify, and is tracking the number of job offers by minority group, the number of acceptances by minority group, and the turnover rate by minority group, in order to measure whether their efforts in this regard are successful.

Dated: February 7, 2006

Walterene Swanston

## ACKNOWLEDGMENT

STATE OF Washington, DC, CITY/COUNTY OF _____, TO WIT:

I HEREBY CERTIFY that on this ___ day of February 2006, before me, the undersigned Notary Public of the aforesaid State, personally appeared Walterene Swanston, and that she executed the foregoing affidavit for the purposes contained therein.

IN WITNESS MY Hand and Notarial Seal

(SEAL)
NOTARY PUBLIC

My Commission Expires:

_____

Ethyl L. Tiller
Notary Public, District of Columbia
My Commission Expires 4-14-2009


 *Walt Swanston*

## General Information

Date: 6/23/05

Director, Diversity Management          Job Number: 16

Department: President's Office          Position Job Code: 1C

Division: President's Office            Union: [ ] Yes

Classification: Exempt                  [X] No

Salary Range:                           Salary Level: C

**General Purpose:**
The Director of Diversity Management is a key position responsible for providing leadership for NPR's diversity strategies and activities. The incumbent plays a critical role in leading NPR's commitment to value and manage diversity, have diverse staff at every level of the organization and ensure NPR's continued growth and success as a leading provider of news, information and cultural programming. This individual works with all officers and staff at NPR to ensure that NPR is an inclusive, productive workplace.

**Supervision Received:**
Works under the direct supervision of the CEO/ President.

**Supervision Exercised:**
Executive Assistant

**KEY RELATIONSHIPS:**
The Director is a member of the NPR senior management team and works in close collaboration with the Vice President for Human Resources. At this time, the Director does not supervise staff.

**Essential Duties and Responsibilities:**
1. Ensures that all levels of NPR staff are aware of and can contribute to implementing NPR policies and NPR's commitment to having a diverse and multicultural staff and welcoming work environment. This includes consulting with executive and upper level management to create, implement and evaluate state-of-the-art, organization-wide strategies tied to success at valuing and managing diversity.

2. Leads the development of measures of effectiveness of diversity strategies, activities and initiatives.

3. Manages budget. Works directly with Finance and Administration and the division's budget coordinator to ensure that all expenditures are within budget and conform to NPR fiscal procedures. Administers contracts related to diversity activities.

4. Serves as a liaison among organizational leadership, diversity implementation team, management, and employees for diversity-related efforts in all areas of the organization.

5. Maintains internal relations with NPR divisions/departments.

6. Maintains external relationships with member stations and other partners in collaboration with other NPR divisions.

**Minimum Qualifications:**

Education: Education: MA/MS, BA or equivalent advanced work and educational experience in organizational development, industrial psychology or related areas. Additional professional courses and/or participation in diversity-related studies or programs. Necessary

Minimum Knowledge, Skills and Abili...

1. Outstanding leadership, teambuilding, interpersonal, management capability with organizational savvy. Sensitivity to the needs of individuals to be treated with respect and fairness and methodologies for accomplishing such treatment in the workplace.

2. Excellent communication skills, adept at both interpersonal, organizational, and external communication and communication strategies.

3. Prefer significant experience in a public radio, media, or broadcasting company.

4. Track record of successful experience with complex systems change and strategic development in organizations similar to NPR, with 500 - 1,000 employees.

5. Significant experience in the field of organizational development including project leadership and consulting to executive and/or corporate management.

**Tools and Equipment Used In This Position:**

Incumbent uses a PC, telephone, fax machine, calculator, and other standard office equipment.

**Physical Demands:**
*(The physical demands described below are representative of those that must be met by an employee to successfully perform the essential functions of the job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential function).*

1. The incumbent must be able to sit and work at a computer for extended periods.
2. The incumbent must be able to effectively communicate in the English language with a diverse group of individuals.
3. The incumbent must be able to work extended hours during peak work periods throughout the year.
4. The Incumbent must be able to facilitate and participate in meetings (physical endurance to run retreats, facilitate meetings, etc)

**Work Environment:**
*(The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential functions).*

1. NPR is a high-stress, broadcast production environment.
2. Extended hours, in particular around meeting dates, can be expected.
3. Some travel is possible.
4. NPR is a non-smoking work environment and does not tolerate the use of illegal substances.

**NOTICE**

The duties listed above are intended only as illustrations of various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

The position description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the position change.