# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Martha Griffin, et al.,* | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| *v.* | * | *Civil Action No.: 76 – 0229* |
| | * | |
| *National Public Radio, Inc.* | * | |
| | * | |
| *Defendant.* | * | |

## AFFIDAVIT OF CHERYL HAMPTON

I, Cheryl Hampton, under penalty of perjury, hereby state the following in support of National Public Radio, Inc.'s, ("NPR") Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree:

1.     I am African American and over the age of 18. I am competent to provide this affidavit.

2.     I was hired by NPR in 1997 as Director of News Staffing and Administration. In this capacity, I am responsible for recruiting for the news division. This responsibility includes reviewing all job descriptions, revising positions in conjunction with the Hiring Managers, assisting in the facilitation of the hiring process, and ensuring compliance with the terms of the 1978 Consent Decree. My position description is attached.

3.     I am familiar with the terms and requirements of the 1978 Consent Decree. I was advised about these requirements when I was hired and informed that they must be followed.

Exhibit 12

4.     Career Ladders were developed in the News and Programming divisions so that individuals on a particular show could be promoted to higher-level positions within their show.

5.     The career ladder units include Morning Edition, Day to Day, News and Notes, Talk of the Nation, All Things Considered, Performance Today, Weekend Edition Saturday, Weekend Edition Sunday, Weekend All Things Considered, the National Desk, the Foreign Desk, the Science Desk, the Arts Information Desk, the Operations Desk, the libraries, the Internet news unit, and the music unit.

6.     When an individual is promoted within her show or career ladder unit, the position she is vacating is posted externally on the talent bank list pursuant to the consent decree.

7.     Individuals are not permitted to use the Career Ladder system to apply for a vacant position outside of their unit.  They can only be promoted internally within their unit.

8.     Career Ladder moves account for approximately 25 position vacancies each year.

Dated: February _6_, 2006                    _Cheryl Smelda Hampton_
                                                        Cheryl Hampton

### ACKNOWLEDGMENT

_Washington, D.C._, TO WIT:

    I HEREBY CERTIFY that on this _6th_ day of February 2006, before me, the undersigned Notary Public of the aforesaid State, personally appeared Cheryl Hampton, and that she executed the foregoing affidavit for the purposes contained therein.

    IN WITNESS MY Hand and Notarial Seal.  _Ethyl L. Tiller_ (SEAL)
                                                        NOTARY PUBLIC

My Commission Expires:

Ethyl L. Tiller
Notary Public, District of Columbia
My Commission Expires 4-14-2009

2

**npr**   *Cheryl Hampton*

## General Information

Date:   6/27/2005

Position Title:   Director, News Staffing & Administration     Job Number:   000039

Department:   News Administration     Position Job Code:

Division:   News & Information     Union:   Yes

Classification:   Exempt     [x] No

Salary Range:     Salary Level:   C1

**General Purpose:**
Responsible for logistical and administrative support and library coverage as needed 24/7 for a major broadcast news operation. Ensures compliance with union contracts, adherence to company policies and procedures, and compliance with employment laws and legal agreements. Facilitates recruitment, selection, hiring and career development of journalists. Serves as troubleshooter for problems in the work environment. Works company-wide as a harassment counselor and management trainer.

**Supervision Received:**
Reports to the Vice President, News & Information.

**Supervision Exercised:**
Supervises the heads of the Administration Desk and the News Libraries.

**Essential Duties and Responsibilities:**

A.  Helps to supervise news coverage from the West Coast, with particular emphasis on land and power use, the entertainment and defense industries, and the demographic and legislative trends that often herald national change. Has significant responsibility for editorial planning and coordination of coverage in consultation with the Supervising Senior National Editor and the Managing Editor.

   1.  Participates in key editorial meetings held in Washington to ensure representation of NPR West.

   2.  Works to create special projects that can lead shows, such as the *All Things Considered* half hours on major news events or issues.

   3.  Ensures that NPR standards for editorial integrity, artistic excellence and technical quality are upheld, including standards of fairness, objectivity and balance.

   4.  Provides leadership to ensure team of editors, reporters, producers, and engineers is productive and creative. Helps create a work environment that facilitates creativity and openness.

B.  Coordinates with all departments and divisions to handle special events, such as election night coverage, or to assume broadcast responsibility for the network should operations in DC fail.

C.  Oversees operations of the NPR West.

   1.  Works with news management and engineering to ensure that work processes are efficient and maximizes resources.

   2.  Has the final decision about structuring the priorities of the facility, when there is a conflict over issues such as studio use.

   3.  Works with Supervising Senior National Editor and the Managing Editor to expand the reach of the center.

   4.  Works with the Programming Department to help facilitate on-going or new programs originating out of the center.

   5.  Oversees programming originating from the center, including newscasts, "The Tavis Smiley Show," the midday show and future news programming based at the facility.

D.  Serves as primary liaison with member stations and with independents wishing to use the facility.

E.  Works with News and other departments on budgetary matters related to NPR West.

F.  Contributes to evaluations of NPR West staff.

G.  Collaborates as needed with other NPR departments and divisions, unions and NPR's administrative divisions such as Finance, Human Resources, Development and the General Counsel's Office.

H.  Carries out other tasks as designated or delegated by the Vice President.

I.

**Minimum Qualifications:**
Education: Bachelor's degree or equivalent experience.

**Necessary Knowledge, Skills and Ability:**

A. **Required:**

1. At least 10 years' journalism experience and thorough knowledge of broadcast writing and audio production.

2. Strong editorial judgment and daily news experience.

3. Demonstrated managerial skill and ability to understand and use principles of effective management.

4. Demonstrated experience maintaining high journalistic standards under deadline pressure, including standards of objectivity, balance and fairness.

5. Demonstrated ability to form a creative work environment.

6. Experience with fostering new ideas and executing them.

7. Experience working in and/or knowledge of public radio and the public radio system.

8. Demonstrated skill in oral presentation.

9. Ability and willingness to work varied shifts.

10. Proven ability to consistently work well with others, demonstrating at all times respect for the diverse constituencies at NPR and within the public radio system.

Preferred
1. Experience producing on digital audio workstations.

2. Ability and willingness to relocate.

**Tools and Equipment Used In This Position:**
Incumbent may be required to use a telephone, tape deck, reporter's kit, digital audio station, personal computer, photocopy machine, reel-to-reel tape machine and other standard office equipment as needed.

**Physical Demands:**
*(The physical demands described below are representative of those that must be met by an employee to successfully perform the essential functions of the job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential functions).*

1. Incumbent must have sufficient hearing. This is an audio medium. How a program sounds is as important as content.

2. Incumbent may be required to move quickly to deliver material into studios during live broadcasts.

3. Work may be performed in the field. While performing the duties of this job, the incumbent may be required to transport equipment weighing up to 35 pounds, in addition to personal luggage.

**Work Environment:**
*(The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations will be made to enable qualified individuals with disabilities to perform the essential functions).*

1. The noise level is low to moderate.

2. NPR is a deadline-driven, broadcast production environment.

3. NPR is a non-smoking work environment and does not tolerate the use of illegal substances.

**NOTICE**

The duties listed above are intended only as illustrations of various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related or a logical assignment to the position.

The position description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the position change.