UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTHA GRIFFIN, et al.,**<br><br>            **Plaintiffs,**<br><br>      **v.**<br><br>**NATIONAL PUBLIC RADIO, Inc.**<br><br>            **Defendant.** | Civil Action 76-00229  (HHK) |

## ORDER

Before the court is the unopposed motion of defendant to reopen this case (#1).  Upon consideration of the motion and the record of this case, the court concludes that the motion should be granted.  Accordingly, it is this 6th day of April, 2006, hereby

**ORDERED** that defendant's motion to re-open this case is **GRANTED**.


                                                              Henry H. Kennedy, Jr.
                                                              United States District Judge