**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| *Martha Griffin, et al.,* | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| *v.* | * | *Civil Action No.: 76 – 0229* |
| | * | *Unassigned* |
| *National Public Radio, Inc.* | * | |
| | * | |
| *Defendant.* | * | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO**
**DEFENDANT'S MOTION TO VACATE THE CONSENT DECREE**

Defendant National Public Radio, Inc. ("NPR"), and Plaintiffs, Martha Griffin, *et al.*, by and through their undersigned counsel, file this Joint Motion for an Enlargement of Time to Respond to Defendant's Motion to Vacate the Consent Decree. In support thereof, the parties state as follows:

1.      The instant action was filed on February 5, 1976. The Court certified this action as a class action on September 17, 1976, and designated Plaintiffs Martha Griffin, William Green and Lloyd Morrison as the class representatives. On January 27, 1978, the parties reached a settlement agreement and dismissed the Complaint with prejudice as to the named Plaintiffs, and without prejudice as to the unnamed class members.

2.      As part of the agreement, the parties entered into a consent decree which required that NPR incorporate various terms and conditions into its Manual of Policies and Procedures, and implement various actions to address the claims that had been raised by Plaintiffs related to hiring and promotion practices.

3.      The final action in the case occurred on March 28, 1978 when the Court entered

an Order approving the settlement agreement and dismissing the case.  No further action has

been taken by this Court since 1978.

4.      There are no provisions in the 1978 Consent Decree that detail how the Court

would monitor and/or supervise NPR's achievement of  the requirements set forth therein or a

provision for the termination of application of those requirements at a future specified date.  As a

result, on February 13, 2006, NPR filed a motion to vacate the consent decree.

5.      The parties are currently discussing possible resolution of this matter.  As such,

they ask that Plaintiffs be granted an enlargement of time, until May 5, 2006, to respond to

NPR's motion to vacate the consent decree.

Respectfully submitted,

| NATIONAL PUBLIC RADIO, INC. | MARTHA GRIFFIN, ET AL. |
|---|---|
| By _____/s/_____<br>   Abbey G. Hairston, Esq.<br>   District of Columbia Public Schools<br>   Office of the General Counsel<br>   825 North Capital Street, NE<br>   Room 9095<br>   Washington, DC 20002<br>   (202) 442-5000<br><br>   Christina S. Pignatelli, Esq.<br>   Seyfarth Shaw LLP<br>   815 Connecticut Ave., N.W., Suite 500<br>   Washington, DC 20006<br>   (202) 463-2400 | By _____/s/_____<br>   David Cashdan, Esq.<br>   Cashdan & Kane PLLC<br>   1150 Connecticut Avenue, NW, Suite 900<br>   Washington, D.C. 20036<br>   (202) 862-4353 |

Dated:  April 7, 2006

DC1 30163957.1