UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Martha Griffin, et al.,* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: 76 – 0229 |
| | * | Unassigned |
| *National Public Radio, Inc.* | * | |
| | * | |
| Defendant. | * | |

**SECOND JOINT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE THE CONSENT DECREE**

Defendant National Public Radio, Inc. ("NPR"), and Plaintiffs, Martha Griffin, *et al.*, by and through their undersigned counsel, file this Joint Motion for an Enlargement of Time to Respond to Defendant's Motion to Vacate the Consent Decree. In support thereof, the parties state as follows:

1.  The instant action was filed on February 5, 1976. The Court certified this action as a class action on September 17, 1976, and designated Plaintiffs Martha Griffin, William Green and Lloyd Morrison as the class representatives. On January 27, 1978, the parties reached a settlement agreement and dismissed the Complaint with prejudice as to the named Plaintiffs, and without prejudice as to the unnamed class members.

2.  As part of the agreement, the parties entered into a consent decree which required that NPR incorporate various terms and conditions into its Manual of Policies and Procedures, and implement various actions to address the claims that had been raised by Plaintiffs related to hiring and promotion practices.

3.  The final action in the case occurred on March 28, 1978 when the Court entered an Order approving the settlement agreement and dismissing the case. No further action has been taken by this Court since 1978.

4.  There are no provisions in the 1978 Consent Decree that detail how the Court would monitor and/or supervise NPR's achievement of the requirements set forth therein or a provision for the termination of application of those requirements at a future specified date. As a result, on February 13, 2006, NPR filed a motion to vacate the consent decree.

5.  After the motion was filed, counsel for the parties began discussions to determine whether the parties could reach agreement regarding resolution of the motion. On April 7, 2006, the parties filed a joint motion for enlargement of time to respond to the motion on or by May 5, 2006. The Court granted this motion.

6.  Since the filing of the initial joint motion for enlargement of time, the parties have continued to discuss possible resolution of this matter. However, they have not yet resolved matter and desire more time for further discussions. As a result; the parties jointly request that Plaintiffs be granted an enlargement of time, until May 31, 2006, to respond to NPR's motion to vacate the consent decree.

Respectfully submitted,

| NATIONAL PUBLIC RADIO, INC. | MARTHA GRIFFIN, ET AL. |
|---|---|
| By _____/s/_____ | By _____/s/_____ |
| Abbey G. Hairston, Esq.<br>District of Columbia Public Schools<br>Office of the General Counsel<br>825 North Capital Street, NE<br>Room 9095<br>Washington, DC 20002<br>(202) 442-5000 | David Cashdan, Esq.<br>Cashdan & Kane PLLC<br>1150 Connecticut Avenue, NW, Suite 900<br>Washington, D.C. 20036<br>(202) 862-4353 |

Christina S. Pignatelli, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave., N.W., Suite 500
Washington, DC 20006
(202) 463-2400

Dated: April 28, 2006

DC1 30165379.1