UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *Martha Griffin, et al.*, | \* | |
| | \* | |
| Plaintiffs, | \* | |
| | \* | |
| v. | \* | Civil Action No.: 76 – 0229 |
| | \* | Judge Kollar-Kotelly |
| *National Public Radio, Inc.* | \* | |
| | \* | |
| Defendant. | \* | |

**THIRD JOINT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE THE CONSENT DECREE**

Defendant National Public Radio, Inc. ("NPR"), and Plaintiffs, Martha Griffin, *et al.*, by and through their undersigned counsel, file this Joint Motion for an Enlargement of Time to Respond to Defendant's Motion to Vacate the Consent Decree ("NPR's motion"). In support thereof, the parties state as follows:

1. The instant action was filed on February 5, 1976. The Court certified this action as a class action on September 17, 1976, and designated Plaintiffs Martha Griffin, William Green and Lloyd Morrison as the class representatives. On January 27, 1978, the parties reached a settlement agreement and dismissed the Complaint with prejudice as to the named Plaintiffs, and without prejudice as to the unnamed class members.

2. As part of the agreement, the parties entered into a consent decree which required that NPR incorporate various terms and conditions into its Manual of Policies and Procedures, and implement various actions to address the claims that had been raised by Plaintiffs related to hiring and promotion practices.

3.	The final action in the case occurred on March 28, 1978 when the Court entered an Order approving the settlement agreement and dismissing the case.  No further action has been taken by this Court since 1978.

4.	There are no provisions in the 1978 Consent Decree that detail how the Court would monitor and/or supervise NPR's achievement of the requirements set forth therein or a provision for the termination of application of those requirements at a future specified date.  As a result, on February 13, 2006, NPR filed its motion to vacate the consent decree.

5.	After the motion was filed, counsel for the parties began discussions to determine whether the parties could reach agreement regarding resolution of the motion.  On April 7, 2006, the parties filed a joint motion for enlargement of time to respond to the motion on or by May 5, 2006.  The Court granted this motion.

6.	The parties continued to discuss matters relating to resolution of the motion after the filing of the initial joint motion for enlargement of time.  Given their desire to address this matter in a fair an efficient manner, on April 28, 2006, the parties filed their second motion jointly requesting that Plaintiffs be granted an enlargement of time, until May 31, 2006, to respond to NPR's motion.  The Court granted this motion.

7.	Counsel for the parties consulted most recently on May 18, 2006, and agreed that although they had not yet reached an accord regarding resolution of NPR's motion, the communications and exchange of information between the parties should continue.  The parties are working together constructively to try and provide the Court with a consent recommendation to address and resolve NPR's motion and believe that additional time to confer for this purpose is most appropriate.

8.	Given the foregoing, the parties request an additional extension of time up to and including June 17, 2006, for the Plaintiffs to file a response to NPR's motion, or alternatively, for the parties to file a joint report with the Court advising the Court of their request for resolution of NPR's motion.

Respectfully submitted,

| NATIONAL PUBLIC RADIO, INC. | MARTHA GRIFFIN, ET AL. |
|---|---|
| By _____/s/_____<br>Abbey G. Hairston, Esq.<br>District of Columbia Public Schools<br>Office of the General Counsel<br>825 North Capital Street, NE<br>Room 9095<br>Washington, DC 20002<br>(202) 442-5000 | By _____/s/_____<br>David Cashdan, Esq.<br>Cashdan & Kane PLLC<br>1150 Connecticut Avenue, NW, Suite 900<br>Washington, D.C. 20036<br>(202) 862-4353 |

Christina S. Pignatelli, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave., N.W., Suite 500
Washington, DC 20006
(202) 463-2400

Dated: May 26, 2006