UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *Martha Griffin, et al.,* <br><br> *Plaintiffs,* <br><br> v. <br><br> *National Public Radio, Inc.* <br><br> *Defendant.* | * <br> * <br> * <br> * <br> *   *Civil Action No.: 76 – 0229* <br> *   *Judge Kollar-Kotelly* <br> * <br> * <br> * |

## WITHDRAWAL OF APPEARANCE OF CHRISTINA S. PIGNATELLI

This notice shall serve to inform the Court that Christina S. Pignatelli, Esq. no longer represents Defendant National Public Radio, Inc. in this matter. Defendant will continue to be represented by Abbey G. Hairston, Esq., counsel of record.

                    Respectfully submitted,

                    NATIONAL PUBLIC RADIO, INC.

                    By_____/s/_____
                      Abbey G. Hairston, Esq.
                      District of Columbia Public Schools
                      Office of the General Counsel
                      825 North Capital Street, NE
                      Room 9095
                      Washington, DC 20002

Dated: June 2, 2006