UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTHA GRIFFIN, *et al.*,

    Plaintiffs,

    v.

NATIONAL PUBLIC RADIO, INC.,

    Defendant.

Civil Action No. 76–229 (CKK)

ORDER
(July 25, 2006)

On February 13, 2006, Defendant National Public Radio, Inc ("NPR") filed a [1-1] Motion to Reopen Case and a [1-2] Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree. On April 6, 2006, Judge Henry H. Kennedy issued an [2] Order granting the Motion to Reopen Case.

On May 26, 2006, a [5] Third Joint Motion for an Enlargement of Time to Respond to Defendant's Motion to Vacate the Consent Decree was filed, stating that "the parties request an additional extension of time up to and including June 17, 2006, for Plaintiffs to file a response to NPR's motion, or alternatively, for the parties to file a joint report with the Court advising the Court of their request for resolution of NPR's Motion." *See dkt. entry* [5] at 3. The Court granted this third request for an extension of time to respond to Defendant's motion on May 31, 2006. As of the instant date, July 25, 2006, no response has been filed by Plaintiffs to Defendant's Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree, nor has any other request been filed with the Court. The Court thus views Defendant's Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree as unopposed by Plaintiffs in the instant case,

also noting that based on its review of Defendant's unrefuted Motion and the attachments thereto, the Court finds that court supervision (which was never articulated by the consent decree itself) can properly be terminated, as NPR has substantially complied with the consent decree and demonstrated a good faith effort to remedy the effects of illegal discrimination.

Accordingly, it is this 25th day of July, 2006, hereby

ORDERED that [1-2] Defendant National Public Radio's Motion to Terminate and/or Vacate the March 28, 1978 Consent Decree is GRANTED; it is also

ORDERED that the instant action is DISMISSED.

SO ORDERED.

                                                   /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge